IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ROY THOMAS CANNON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CRIMINAL NO. 5:00-CR-81 (MTT) |
| ) | CIVIL NO. 5:11-CV-90106 (MTT) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Before the Court is the Magistrate Judge's Recommendation (Doc. 33) on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 27) pursuant to 28 U.S.C. § 2255. The Magistrate Judge recommends denying the Petitioner's motion because his claims are procedurally defaulted, and the Petitioner has failed to show that he is entitled to equitable tolling or that he is actually innocent. The Magistrate Judge additionally recommends the Court deny the Petitioner a certificate of appealability because he has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). The Petitioner did not object to the Magistrate Judge's recommendations.

The Court has reviewed the record in this case. The Court has also reviewed the Petitioner's Motion and the Magistrate Judge's Recommendation. The Recommendation is adopted, and the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED**. Further, the petitioner has not made a substantial

showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

Therefore, a certificate of appealability is also **DENIED**.

    **SO ORDERED**, this 30th day of November, 2012.

                                      <u>S/ Marc T. Treadwell</u>
                                      MARC T. TREADWELL, JUDGE
                                      UNITED STATES DISTRICT COURT